FILED

General Complaint Form for Pro Se Litigants

08 APR 15 AM 9: 42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Julian D Hicks
_____

_____ CV-08-TMP-0662-S

(Enter above the full names(s) of the
plaintiff(s) in this action.)

vs.

City of Birmingham

Jefferson County

Cit of Montgomery

Montsomery County

(Enter above the full name(s) of the
defendant(s) in this action.)

1.  At all times hereinafter mentioned, plaintiff was and still is a resident of _____
Birmingham, Alabama 35203 _____. Plaintiff resides at
Salvation Army; Fire House   Birmingham, AL _____.

2.  Defendant  City of Birmingham _____ is a corporation
incorporated under the laws of __United States__ _____ and has a main
office at  19th St N, Birmingham, AL, Montgomery AL and is licensed to do business
in _____. Defendant's official business address
is _____.

**OR**

Defendant _____

is a United States government agency.

**OR**

Defendant ___City of Birmingham, Montgomery AL___

is a state agency.

**OR**

Defendant ___City of Birmingham___ is a resident of

_____. Defendant resides at _____

_____.

3.  The jurisdiction of this court is invoked pursuant to _____

_____. (List statutes.)

4.  Statement of Claim

State here, as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

___EEOC  Individual / Innocent to Invashion of___

___Privacy. NOT AN Equal oppoetunity___

___will not employ___

2

5.  Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

~~I~~ ONE Million dollars 20 twenty thousand dollars in cash Deposited in Resions Bank in Julian D Hicks Name Downtown Birmingham Alabama.

___4-15 08___
Date

___Julian D Hicks___
Signature of Plaintiff

_____
Telephone Number

___Julian D Hicks___
Name (Please Print)

_____
FAX Number (If Available)

_____
Street Address

___Birmingham, Al___  ___35214___
City, State             Zip Code

3

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

_____
Signature of Plaintiff

Dated: 4/15/08

7/14/06